# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Maria Valdez | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 122 - 8 | **DATE** | 2/13/2008 |
| **CASE TITLE** | USA vs. Melvin Holmes | | |

**DOCKET ENTRY TEXT**

Initial Appearance held on 2/13/2008 as to Melvin Holmes (8). Defendant informed of his rights. Defendant appears to the arrest on 2/12/08. Thomas More Leinenweber is given leave to file appearance on behalf of defendant. Government's oral motion to detain defendant is entered and continued to 2/15/08 at 2:30 p.m. Preliminary examination set for 2/21/08 at 1:00 p.m.

Docketing to mail notices.

00:02

Courtroom Deputy Initials: yp