## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Maria Valdez | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 122 - 8 | **DATE** | 2/15/2008 |
| **CASE TITLE** | USA vs. Melvin Holmes | | |

**DOCKET ENTRY TEXT**

Detention hearing held on 2/15/2008 as to Melvin Holmes. Oral argument heard in open Court. Government's oral motion to detain defendant is granted without prejudice. Government shall submit to chambers draft detention order by 2/22/08. Defendant to remain in custody.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | yp |
|---|---|---|