## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Maria Valdez | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 122 - 8 | **DATE** | 2/21/2008 |
| **CASE TITLE** | USA vs. Melvin Holmes | | |

**DOCKET ENTRY TEXT**

Preliminary examination held on 2/21/2008 as to Melvin Holmes (8) and continued to 2/28/08 at 10:30 a.m. Counsel for defendant, Thomas More Leinenweber is ordered to appear on 2/28/08.

Docketing to mail notices.

00:01

| | Courtroom Deputy Initials: | yp |
|---|---|---|