

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 08 CR 122-8 |
| | ) | |
| v. | ) | Hon. Maria Valdez |
| | ) | United States Magistrate Judge |
| MELVIN HOLMES | ) | |

## ORDER OF DETENTION PENDING TRIAL

THIS CAUSE coming on to be heard upon the government's motion to detain the defendant, MELVIN HOLMES, pursuant to 18 U.S.C. § 3142, and this Court having reviewed and considered the evidence presented, having reviewed the Pretrial Services Report, and having heard argument on this matter, the Court hereby finds:

1. Defendant has been charged in a criminal complaint alleging that he, along with ten co-defendants, conspired to knowingly and intentionally distribute and to possess with intent to distribute controlled substances, namely, five kilograms or more of mixtures and substances containing cocaine and 50 grams or more of mixtures and substances containing cocaine base, Schedule II Controlled Substances, in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

2. After consideration of the Pre-Trial Services Report and argument on this matter, the Court finds that the statutory factors enumerated in 18 U.S.C. § 3142(g) favor detention of the defendant at this time.

3. Specifically, the Court finds that no conditions can be set that would reasonably assure the appearance of the defendant, for the following reasons:

(a) The Defendant has previous bond forfeitures;

(b) The Defendant has a previous Revocation of Supervision;

(c) The Defendant has exhibited a pattern of committing new offenses while on bond or community supervision, namely, the defendant was on bond at the time of the instant alleged offense;

(d) The defendant's personal history suggests that he is a poor candidate for release given the pending charges. The defendant has a prior felony convictions, namely, a conviction in 1987 for Unlawful use of a Weapon. Further, the Defendant has prior arrests for violent offenses.

(e) The charges against the defendant are serious and the weight of the evidence against the defendant is substantial. In addition, the defendant would potentially face a lengthy period of incarceration and would presumably be subject to deportation proceedings upon the completion of his term of imprisonment, if the present charge against him is proved by the government. Accordingly, the defendant's incentive to flee is great and he poses a serious risk of flight. Finally, the nature of the alleged offense indicates that the defendant poses a danger to the community.

3. The charges against the defendant are serious and the weight of the evidence against the defendant is substantial. In addition, the defendant would potentially face a lengthy period of incarceration, if the present charges against him are proven by the

government. Accordingly, the defendant's incentive to flee is great and he poses a serious risk of flight. Finally, the nature of the alleged offense indicates that the defendant poses a danger to the community.

4. Based upon the aforementioned factors, the evidence presented before this Court establishes by a preponderance of the evidence that the defendant is a flight risk. In addition, the government has also established by clear and convincing evidence that defendant poses a danger to the community. The Court adopts the findings of the Pretrial Services Report.

IT IS HEREBY ORDERED, pursuant to 18 U.S.C. § 3142(e), that defendant MELVIN HOLMES remain in the custody of the United States Marshals pending the resolution of the case in the District Court.

ENTER:

Hon. Maria Valdez
United States Magistrate Judge

Dated: 2/27/08