**93410L-B**

60432
MAROLYN M HOLMES
EDWARD HOLMES

Registration ID: 21936673 PIN: 8751

## 2008 Illinois Registration Identification Card
### Jesse White, Illinois Secretary of State

ERT211/30/07:30:6302:78.00 EFT
93410L-B    8L9545890    R    1108

| Vehicle Year | Vehicle Make | VIN | | |
|---|---|---|---|---|
| 1995 | GMC | 2GTEC19K1S1532047 | | |
| Weight or CC's | Body Style PICKUP | Application Type TRUCK | | |
| Axles | Leased/Rented | Unit Number | File Number | County WILL 099 |
| Drivers License Number(s) or FEIN(s) | | | Expiration Date November 30, 2008 | |
| | | | Plate Number 93410L-B | |
| Renewal Fee Due 78.00 | | | | |

⇧ ⇧ ⇧ ⇧ ⇧ ⇧ ⇧ ⇧ ⇧ ⇧ ⇧ ⇧ ⇧ ⇧

This Identification Card must be carried at all times in those vehicles designed to carry more than 10 persons, or to pull or carry property, freight, or cargo; those that are designed or used for living quarters, and school buses (625 ILCS 5.3-416). If you travel outside Illinois, you may be required to exhibit this vehicle registration identification card as proof of ownership.

STICKER INSTRUCTIONS
*PLACE THIS VALIDATED DECAL ON YOUR REAR LICENSE PLATE*
1. Clean the license plate by removing all dirt, wax and tar.
2. Wipe dry.
3. Place renewal sticker on top of last year's sticker. Press firmly.

CAUTION: After sticker has been applied, it cannot be removed without destroying it.

Year 2008

Peel Here

⇩ ⇩ ⇩ ⇩ ⇩ ⇩ ⇩ ⇩ ⇩ ⇩ ⇩ ⇩ ⇩ ⇩

**Please provide mandatory Insurance information below.**

# STATE OF ILLINOIS
## CERTIFICATE OF TITLE OF VEHICLE

| VEHICLE IDENTIFICATION NO. | YEAR | MAKE | MODEL | BODY STYLE | TITLE NO. |
|---|---|---|---|---|---|
| 2GTEC19K1S1532047 | 1995 | GMC | SIERRA C1500 | PICKUP | X6363678062 |

2GTEC19K1S1532047

| DATE ISSUED | ODOMETER | CCM | PURCHASED | PURCHASE DATE |
|---|---|---|---|---|
| 12/29/06 | | | USED | 11/24/06 |

MOBILE HOME SQ. FT.

TYPE OF TITLE: ORIGINAL

**MAILING ADDRESS**
MAROLYN M HOLMES
JOLIET IL 60432-2938

LEGEND(S): MILEAGE NOT REQUIRED

...ARD HOLMES
...05 NORTON AVE
JOLIET IL 60432-2938
FIRST LIENHOLDER NAME AND ADDRESS

SECOND LIENHOLDER NAME AND ADDRESS

**RELEASE OF LIEN**
The holder of Lien on the vehicle described in this Certificate does hereby state that the lien is released and discharged.

Firm Name ___ By ___ Signature of Authorized Agent ___ Date ___
Firm Name ___ By ___ Signature of Authorized Agent ___ Date ___

**NEW LIEN ASSIGNMENT:** The information below must be on an application for title and presented to the Secretary of State.
Secured Party: ___ Address: ___

Federal and State law requires that you state the mileage in connection with the transfer of ownership. Failure to...

**ASSIGNMENT OF TITLE**
The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address:

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:
☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage.
WARNING—ODOMETER DISCREPANCY

NO TENTHS
ODOMETER READING

"If this vehicle is one of more than 5 commercial vehicles owned by me, I certify also that the vehicle is not damaged in excess of 33 1/3% of its fair market value unless this document is accompanied by a salvage application."

Signature(s) of Seller(s) ___
Printed Name(s) of Seller(s) ___
DATE OF SALE ___
"I am aware of the above odometer certification made by seller."
Signature(s) of Buyer(s) ___ Printed Name ___

I, Jesse White, Secretary of State of the State of Illinois, do hereby certify that according to the records on file with my Office, the person or entity named hereon is the owner of the vehicle described hereon, which is subject to the above named liens and encumbrances, if any. IN WITNESS WHEREOF, I HAVE AFFIXED MY SIGNATURE AND THE GREAT SEAL OF THE STATE OF ILLINOIS, AT SPRINGFIELD.

G02023547
CONTROL NO.

*Jesse White*
JESSE WHITE, Secretary of State

VOID

| Vehicle Year | Vehicle Make | VIN | |
|---|---|---|---|
| 1995 | GMC | 2GTEC19K1S1532047 | |
| Weight or CC's | Body Style | Application Type | |
| 8000 | PICKUP | TRUCK | |
| Axles | Leased/Rental | Unit Number | File Number | County 099 WILL |
| Driver's License Number(s) DRIVERS LIC, STATE ID, FEIN # | Expiration Date 11/30/2007 | Plate Number 93410L-B |

**Renewal Fee** $78.00

LATE FEE: IF PAID AFTER 12/31/07 FEE IS $98.00

393410L*B+91108B+++R+++0078003

MAROLYN M HOLMES
EDWARD HOLMES

I/We hereby affirm that the information provided is true correct. Your signature authorizes the Secretary of to lower the amount of your check if fee submitted is greater than required fee for mail-in transactions.

_____
Signature of Owner(s)

Mark an "X" for change of address information on reverse side.

▼ FOLD AND TEAR ALONG THIS LINE TO REMOVE RETURN ENVELOPE ▼

▲ TEAR HERE ▲
IF PAYING BY MAIL, TEAR OFF THIS GREY STUB AND RETURN REMAINING PORTION WITH PAYMENT
▼ TEAR HERE ▼