IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 08 CR 122-8 |
| v. | ) |
| | ) Judge Maria Valdez |
| MELVIN HOLMES, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF MOTION

To: The Honorable Patrick Fitzgerald
United States Attorney
219 South Dearborn
5th Floor
Chicago, Illinois 60604
Attention: Terra Brown

United States Pretrial Services
219 South Dearborn
15th Floor
Chicago, Illinois 60604
Attention: Deanna Chatman

PLEASE take notice that on April 15, 2008, at 10:00 a.m. I will present the attached **MOTION OF DEFENDANT MELVIN HOLMES FOR AN ORDER ESTABLISHING BOND** before the Honorable Maria Valdez in courtroom 1300 of the United States District Court for the Northern District of Illinois at 219 South Dearborn Street, Chicago, Illinois, a copy of which is hereby served upon you.

s/Thomas More Leinenweber
Thomas More Leinenweber

1

## PROOF OF SERVICE

    I, Thomas More Leinenweber, an attorney, swear I served a copy of the above-referenced documents on the parties on the attached service list by e-mail on April 10, 2008.

                                                                       s/Thomas More Leinenweber  
                                                                        Thomas More Leinenweber

Thomas More Leinenweber  
Leinenweber & Baroni, LLC  
321 South Plymouth Court  
Suite 1200  
Chicago, Illinois 60604  
312-663-3003