# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

UNITED STATES OF AMERICA

                              Plaintiff,

v.                                                     Case No.: 1:08−cr−00122

                                                        Honorable Harry D. Leinenweber

Barry Ware, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 21, 2008:

    MINUTE entry before Judge Honorable Maria Valdez: Motion hearing held on 4/21/2008 as to Melvin Holmes (8). Defendant's motion for release from custody [105] is entered and continued to 4/23/2008 at 01:30 PM. Thomas More Leinenweber's motion to withdraw as counsel is voluntarily withdrawn at counsel's request. Mailed notice (yp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.