## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | Maria Valdez |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 122 - 8 | **DATE** | 4/23/2008 |
| **CASE TITLE** | USA vs. Melvin Holmes | | |

**DOCKET ENTRY TEXT**

Motion hearing held on 4/23/08 as to Melvin Holmes (8). Defendant's motion for release from custody [105] is granted. Defendant and government agreed to certain conditions of release.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | yp |
|---|---|---|