IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v | ) No. 08 CR 122-8 ) ) Judge Maria Valdez |
| MELVIN HOLMES, | ) ) |
| Defendant. | ) |

## MOTION TO WITHDRAW

Defendant, Melvin Holmes, by his counsel, Thomas More Leinenweber, and for his counsel's Motion to Withdraw, states as follows:

1. This matter involves a criminal case brought against the defendant charging him with conspiracy to sell cocaine, in violation of 21 U.S.C. 846 and 18 U.S.C. 2.

2. Counsel was appointed to represent Defendant Melvin Holmes on February 13, 2008.

3. Due to irreconcilable differences which have arisen between the undersigned and his client, the undersigned will be unable to effectively and properly continue representing the defendant herein.

WHEREFORE, Thomas More Leinenweber, counsel for Defendant, Melvin Holmes, respectfully requests that this Honorable Court allow him to withdraw his appearance as counsel for Mr. Holmes.

Respectfully submitted,

By: s/Thomas More Leinenweber

Thomas More Leinenweber
Leinenweber & Baroni, LLC
321 Plymouth Court, Suite 1515
Chicago, Illinois 60604
(312) 663-3003