IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 08 CR 122-8 |
| v. | ) |
| | ) Judge Amy St. Eve |
| MELVIN HOLMES, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF MOTION

To:   The Honorable Patrick Fitzgerald
      United States Attorney
      219 South Dearborn
      5th Floor
      Chicago, Illinois 60604
      Attention: Terra Brown


     PLEASE take notice that on June 17, 2008, at 8:30 a.m. I will present the attached **MOTION TO WITHDRAW** before the Honorable Amy St. Eve in courtroom 1241 of the United States District Court for the Northern District of Illinois at 219 South Dearborn Street, Chicago, Illinois, a copy of which is hereby served upon you.


                                        s/Thomas More Leinenweber
                                        Thomas More Leinenweber

1

## PROOF OF SERVICE

    I, Thomas More Leinenweber, an attorney, swear I served a copy of the above-referenced documents on the parties on the attached service list by e-mail on June 11, 2008.

                                                           <u>s/Thomas More Leinenweber</u>
                                                           Thomas More Leinenweber

Thomas More Leinenweber
Leinenweber & Baroni, LLC
321 South Plymouth Court
Suite 1200
Chicago, Illinois 60604
312-663-3003