# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

UNITED STATES OF AMERICA

                     Plaintiff,

v.                                            Case No.: 1:08–cr–00122
                                              Honorable Amy J. St. Eve

Barry Ware, et al.

                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 13, 2008:

      MINUTE entry before the Honorable Amy J. St. Eve:as to Melvin Holmes: Noticed date of 6/17/08 is stricken. MOTION to withdraw as attorney as to Melvin Holmes by Thomas More Leinenweber [175] will be heard on 6/23/08 at 8:30 a.m.Mailed notice (kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.