UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

UNITED STATES OF AMERICA
                                    Plaintiff,
v.                                                      Case No.: 1:08−cr−00122
                                                        Honorable Amy J. St. Eve
Barry Ware, et al.
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, June 25, 2008:

MINUTE entry before the Honorable Amy J. St. Eve: as to Melvin Holmes: Motion hearing held on 6/25/08. Motion to withdraw as attorney [175] is granted. Thomas More Leinenweber is hereby withdrawn from the case. Mr. Leinenweber is directed to contact the Federal Defender Program so new counsel can be appointed. New counsel should file a notice of appearance by 7/7/08. Status hearing remains set for 7/16/08 at 9:00 a.m. Mailed notice (kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.