UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No.  08 CR 122 |
| | ) | Judge Amy J. St. Eve |
| MELVIN HOLMES | ) | |

## MOTION FOR LEAVE TO FILE APPEARANCE

NOW COMES the Defendant, MELVIN HOLMES, by his attorney, JERRY BISCHOFF, and motions this Court for Leave to File his Appearance instanter.  In support thereof, defendant states as follows:

1. On February 13, 2008, defendant MELVIN HOLMES appeared before the Honorable Judge Maria Valdez.  On that date, Attorney Thomas More Leinenweber filed his appearance;

2. On May 15, 2008, this case was transferred to the Honorable Judge Amy J. St. Eve's calender;

3. On June 25, 2008, this Court granted attorney Leinenweber's Motion to Withdraw as counsel for defendant Melvin Holmes;

4. CJA Attorney Jerry Bischoff now seeks leave to file his appearance on behalf of Melvin Holmes. (See attached Exhibits);

WHEREFORE, defendant, MELVIN HOLMES, requests that this Honorable Court enter an Order granting Jerry Bischoff leave to file his appearance.

                    Respectfully submitted,

S;/    Jerry D. Bischoff
Jerry Bischoff, Attorney for
defendant Melvin Holmes

Jerry Bischoff
Attorney at Law
35 E. Wacker Drive
Suite 650
Chicago, IL 60601
(312) 853-2167

## **CERTIFICATE OF SERVICE**

      I hereby certify that foregoing Defendant MELVIN HOLMES's **MOTION FOR LEAVE TO FILE APPEARANCE OF COUNSEL** was served on June 30, 2008, in accordance with Fed.R.Crim.P.49, Fed.R.Civ.P.5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

      **s/ Jerry D. Bischoff**
      **JERRY BISCHOFF**
      35 East Wacker Drive, Suite 650
      Chicago, Illinois 60601
      (312) 853-2167