## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Amy J. St. Eve | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 122 - 8 | **DATE** | 7/1/2008 |
| **CASE TITLE** | United States vs. Melvin Holmes | | |

**DOCKET ENTRY TEXT**

Defendant's motion for leave to file appearance [185] is granted. Jerry Bischoff is given leave to file his appearance on behalf of defendant Melvin Holmes.

Docketing to mail notices.

| | Courtroom Deputy Initials: | KF |
|---|---|---|