# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Melvin Holmes | 08 CR 122-8 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Melvin Holmes

**FILED**

JUL - 3 2008

JUDGE AMY ST. EVE
United States District Court

| NAME (Type or print) |
|---|
| Jerry Bischoff |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ J. B. |

| FIRM |
|---|
| Law Office of Jerry Bischoff |

| STREET ADDRESS |
|---|
| 35 E. Wacker Drive Suite 650 |

| CITY/STATE/ZIP |
|---|
| Chicago IL 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6197011 | (312) 853-2167 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑ NO ☐ |
|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.