UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 08 CR 122 |
| ) | Honorable Judge Amy St. Eve |
| MELVIN HOLMES ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR MODIFICATION OF
## CONDITIONS OF PRETRIAL RELEASE

NOW COMES the defendant, MELVIN HOLMES, by and through his attorney, JERRY BISCHOFF, and respectfully moves this Honorable Court to enter an order modifying the defendant's conditions of his pre-trial release.

In support thereof the defendant states as follows:

1. Pursuant to an Order entered on April 23, 2008 by Magistrate Judge Maria Valdez, the defendant was released on a fifty thousand dollar unsecured bond.

2. That since his release on this unsecured bail the defendant has been on home confinement.

3. The defendant is making progress in resolving this matter. He has complied with all conditions of pretrial release.

4. That defendant was employed prior to his incarceration as a home care provider for his sister. He has a strong family support system. However, his mother is on disability and he wished to provide more support to his family in assisting his mother with her physical needs such as helping to transport her to her health care provider, obtaining medicine and groceries, etc. Defendant also wishes to seek employment.

5. Defendant seeks to have his conditions of pretrial release modified in order to place him on a 7:00 a.m. to 7 p.m. curfew.

6. Counsel for defendant has discussed this matter with Assistant United States

   Attorney Tara Brown and she has no objection.

7. Defendant's pretrial services officer is out of the office until July 14, 2008, and counsel has not had an opportunity to discuss this motion with him to date.

WHEREFORE, defendant, MELVIN HOLMES, requests that this Honorable Court enter an Order modifying his conditions of pretrial release to place him on a curfew from 7:00 a.m. until 7:00 p.m.

                Respectfully submitted,

                 Jerry Bischoff
                 Jerry D. Bischoff, Attorney for
                 The Defendant

Jerry D. Bischoff
Attorney at Law
35 E. Wacker Drive
Suite 650
Chicago, Illinois 60601
(312) 853-2167
Atty #6197011