UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MELVIN HOLMES )<br>)<br>Defendant. ) | No. 08 CR 122<br>Honorable Judge Amy St. Eve |

**CERTIFICATE OF SERVICE**

_____The undersigned attorney hereby certifies that in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following documents:

**DEFENDANT'S MOTION FOR MODIFICATION OF
CONDITIONS OF PRE-TRIAL RELEASE**

were served pursuant to the district court's ECF system as to ECF filers on July 11, 2008.

Respectfully submitted,

By:   s/Jerry D. Bischoff
Jerry D. Bischoff

Jerry D. Bischoff
Attorney at Law
35 E. Wacker Drive
Suite 650
Chicago, Illinois 60601
(312) 853-2167