UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | No. 08 CR 122 |
| | ) | Honorable Judge Amy J. St. Eve |
| **MELVIN HOLMES** | ) | |
| | ) | |
| **Defendant.** | ) | |

## NOTICE OF FILING

To:   Tara Brown
      Assistant United States Attorney
      219 S. Dearborn Street
      Chicago, Illinois 60604

   PLEASE TAKE NOTICE that on July 16, 2008 at 8:30 a. m., I will appear before the Honorable Judge Amy St. Eve in courtroom 1241 at 219 S. Dearborn Ave and present the attached Motion to Modify Conditions of Pretrial Release, a copy of which is hereby served upon you.

                                        Respectfully submitted,


                                        s/: Jerry Bischoff
                                          Jerry Bischoff
                                          35 E. Wacker Drive, Suite 650
                                          Chicago, IL 60601
                                          (312) 853-2167